JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

E-Filed 10/31/09

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-7234
    email:    stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 09-1727 RMW |
|                   Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] DEFAULT JUDGMENT |
| APPROXIMATELY $598,887.14 SEIZED FROM MERRILL LYNCH ACCOUNT, | ) | |
|                   Defendant. | ) | |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this 30th day of October, 2009,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against the defendant approximately $598,887.14 in funds seized from Merrill Lynch Account and it is;

1  FURTHER ORDERED that the above-captioned and listed defendants be, and hereby
2 are, condemned and forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C),
3 and that all right, title and interest in said property be and hereby is vested in the United States of
4 America; and it is;
5  FURTHER ORDERED that the appropriate federal agency shall, in accordance with law,
6 dispose of the forfeited defendants.

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

DEFAULT JUDGMENT
CV 09-1727 RMW                                   2